UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>W.B. & SON CONSTRUCTION CORP.,<br><br>            Debtor. | Chapter 11<br>Subchapter V<br><br>Case No. 1-22-41758-JMM<br>(Proposed for Joint Administration) |

**ORDER SCHEDULING EMERGENCY HEARING ON SHORTENED NOTICE TO CONSIDER MOTIONS FOR ENTRY OF AN ORDER (I) DIRECTING JOINT ADMINISTRATION OF DEBTOR'S CHAPTER 11 CASES (II) AUTHORIZING DEBTOR TO MAINTAIN A CONSOLIDATED CREDITOR MATRIX, (III) AUTHORIZING DEBTOR TO PAY REIMBURSABLE EXPENSES, AND (IV) GRANTING EXPEDITED RELIEF**

   Upon the following motions filed on July ~~26~~ **27 (JMM)**, 2022, by the above-captioned debtor and debtor-in-possession (the "Debtor") for *(I) AN ORDER DIRECTING JOINT ADMINISTRATION OF THE DEBTOR'S CHAPTER 11 CASES AND GRANTING RELATED RELIEF* ~~(Doc. No. 4)~~ **[ECF No. 8] (JMM)**, *(II) AN ORDER AUTHORIZING DEBTOR TO MAINTAIN AND FILE A CONSOLIDATED CREDITOR MATRIX AND MAILING MATRIX* ~~(Doc. No. 5)~~ **[ECF No. 9] (JMM)**, and *(III) ENTRY OF INTERIM AND FINAL ORDERS AUTHORIZING THE DEBTOR TO PAY REIMBURSABLE EXPENSES AND GRANTING RELATED RELIEF* ~~(Doc. No. 6)~~ **[ECF No. 10] (JMM)** (collectively, the "First Day Motions"); and upon due deliberation and sufficient cause appearing to shorten notice of the hearing on the First Day Motions required under the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and the Local Rules for the Eastern District of New York (the "Local Rules"); it is hereby:

   **ORDERED**, that a hearing will be held by videoconference before the Honorable Jil Mazer-Marino, United States Bankruptcy Judge, in Courtroom 3529 of the United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, NY 11201 on ~~July 28, 2022, at 2:00 p.m. (EST)~~ **August 1, 2022 at 10:00 a.m. (EST) (JMM)**, or as

soon thereafter as counsel can be heard (the "Hearing"), to consider the First Day Motions; and it is further

**ORDERED**, that the Hearing shall not be held in person but shall be held telephonically or by video. The phone number or video link for the Hearing will be emailed only to those that register with eCourt Appearances in advance of the Hearing. Instructions for registering with eCourt Appearances can be found at https://www.nyeb.uscourts.gov/node/2126. If you do not have internet access or are otherwise unable to register with eCourt Appearances, you may call or email Judge Mazer-Marino's courtroom deputy for instructions at (347) 394-1844, JMM_Hearings@nyeb.uscourts.gov; and it is further; and it is further

**ORDERED**, ~~that as by close of business today, July 27, 2022~~ **that by July 28, 2022 (JMM)**, this Order, copies of this Order, and the First Day Motions, shall be served by electronic mail, facsimile, or overnight mail service upon:

- the Office of the United States Trustee for the Eastern District of New York, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014;

- and creditors and/or their counsel; and it is further

**ORDERED**, that responses or objections, if any, to the relief sought in the First Day Motions, may be raised at the Hearing; and it is further

**ORDERED**, that in accordance with Bankruptcy Rules 9006 and Local Rule 9077-1(a), notice of the Hearing is shortened and shall be deemed sufficient and adequate if served in accordance with the terms of this Order.



Dated: Brooklyn, New York
July 28, 2022

Jil Mazer-Marino
**United States Bankruptcy Judge**